## UNITED STATES of America ex rel. James Morris JOHNSON

v.

## Alfred T. RUNDLE, Superintendent State Correctional Institution, Philadelphia, Pennsylvania, Appellant.

### No. 15136.

United States Court of Appeals
Third Circuit.

Argued March 5, 1965.

Decided May 28, 1965.

Richard A. Devlin, Asst. Dist. Atty., Montgomery County, Norristown, Pa. (Richard S. Lowe, Dist. Atty., Montgomery County, Norristown, Pa., on the brief), for appellant.

Daniel L. Quinlan, Jr., Quinlan, Torak & DeYoung, Norristown, Pa., H. Lester Haws, Ardmore, Pa., for appellee.

Before BIGGS, Chief Judge, and FORMAN and FREEDMAN, Circuit Judges.

PER CURIAM.

The court below made an exhaustive review of the operative facts in this case

---

* Of the Third Circuit, sitting by designation.

and carefully examined the pertinent authorities. We perceive no error in the proceedings and we will therefore affirm the judgment on the able opinion of Judge Higginbotham, 243 F.Supp. 695 (E.D.Pa.1964).